UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TATYANA KORYAGINA,

        Plaintiff,                CIV. S-04-1726-FCD PAN

     v.

JO ANNE B. BARNHART,                ORDER TO SHOW CAUSE
Commissioner of Social
Security,

        Defendant.

—o○o—

On August 23, 2004, plaintiff filed a complaint seeking review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability benefits. Defendant filed and served an answer on January 18, 2005. A scheduling order filed August 23, 2004, required plaintiff file and serve a motion for judgment within 60 days after defendant's answer. That time has passed and plaintiff has not moved for judgment. Good cause appearing therefor, within 11 days from the

date of this order, plaintiff shall show cause in writing why this action should not be dismissed.

      Dated:  May 11, 2005.

                            /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
                            Magistrate Judge