UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TATYANA KORYAGINA,

        Plaintiff,        CIV. S-04-1726-FCD PAN

    v.

JO ANNE B. BARNHART,        Findings and Recommendation
Commissioner of Social
Security,

        Defendant.

—oOo—

    On May 11, 2005, I ordered plaintiff to show cause in writing within 11 days why this action should not be dismissed for plaintiff's failure to file a motion for judgment.  That time has passed and plaintiff has failed to respond to the order.  Good cause appearing therefor, I recommend that this action be dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

////

These findings and recommendation are submitted to the Honorable Frank C. Damrell, the United States District Judge assigned to this case.  28 U.S.C. § 636(b)(l).  Written objections may be filed within ten days after being served with these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 27, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge