IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TATYANA KORYAGINA,

        Plaintiff,                       No. CIV. S-04-1726-FCD-PAN

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,                                        ORDER

        Defendant.
_____/

    This matter is before the court on plaintiff's failure to show cause why it should not be dismissed. The matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On July 28, 2005, Judge Nowinski filed findings and recommendation which were served on all parties and objections were to be filed within ten days after service. Neither party has filed objections to the findings and recommendation.

1

1     The court has reviewed the file and finds the findings
2 and recommendation to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5     1.  The Findings and Recommendation filed July 28, 2005, are
6 adopted in full;
7     2.  This matter is dismissed.
8 DATED: September 8, 2005

```
                                    /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL JR.
                                    United States District Judge
```

2